

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00327-CV

| | | |
|---|---|---|
| TEXAS REAL ESTATE COMMISSION, Appellant | § | On Appeal from County Court at Law No. 3 |
| | § | of Tarrant County (2020-003686-3) |
| V. | § | May 18, 2023 |
| RYAN CHANCE NEEL AND AMANDA NEEL, Appellees | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's orders. The trial court's order granting partial summary judgment is modified to delete Appellees Ryan Chance Neel and Amanda Neel's actual damages and related pre-judgment interest. We affirm the portion of the trial court's order awarding Appellees' $11,500 in attorney's fees and $452 in court costs, modify the judgment to reflect an award of $11,952 from the fund, and remand to the trial court for proceedings consistent with this opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker